IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIMED PHARMACEUTICALS, LLC, ) <br> BESINS HEALTHCARE INC., and BESINS ) <br> HEALTHCARE LUXEMBOURG SARL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SANDOZ INC., ) <br> ) <br> Defendant. ) | C.A. No. 15-1120 (RGA) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs, Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare Luxenbourg SARL (collectively, "Plaintiffs") and Defendant Sandoz Inc. hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Mary B. Graham*

Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Unimed Pharmaceuticals, LLC,
Besins Healthcare Inc., and Besins Healthcare
Luxembourg SARL*

PROCTOR HEYMAN ENERIO LLP

/s/ *Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@proctorheyman.com

*Attorneys for Sandoz Inc.*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Calvin P. Griffith<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | Laura A. Lydigsen<br>BRINKS GILSON & LIONE<br>455 North Cityfont Plaza Drive<br>Chicago, IL 60611<br>(312) 321-4894 |

Jason G. Winchester
JONES DAY
77 West Wacker Drive
Chicago, IL 60601

Gasper J. La Rosa
Kenneth S. Canfield
JONES DAY
222 East 41st Street
New York, NY 10017

*Attorneys for Unimed Pharmaceuticals, LLC*

Liane M. Peterson
Andrew R. Cheslock
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, DC 20007-5109

*Attorneys for Besins Healthcare Inc. and Besins Healthcare Luxembourg SARL*

March 25, 2016
9932204.1

SO ORDERED this 28 day of March, 2016.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

2